■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERTO OLAZABAL, Appellant. [726 NYS2d 870] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Blumenfeld, J.), rendered August 31, 1999, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our factual review power, we are satisfied that the verdict of guilt was not against the weight

of the evidence (*see,* CPL 470.15 [5]). Santucci, J. P., Goldstein, H. Miller and Crane, JJ., concur.